**No. 58219.**—Morganite, Inc. *v.* United States, protests 222048–K, 222103–K, and 223079–K (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of Morganite strips for trolley inserts similar in all material respects to those the subject of *Morganite, Inc.* v. *United States* (29 Cust. Ct. 76, C. D. 1448), the claim of the plaintiff was sustained.

**No. 58220.**—Illfelder Importing Co., Inc. *v.* United States, protest 158665–K (San Francisco).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of chinaware tea sets similar in all material respects to those the subject of *B. Shackman & Co.* and *S. Stern Henry & Co.* v. *United States* (28 Cust. Ct. 298, C. D. 1426), the claim of the plaintiff was sustained.

**No. 58221.**—Copeland & Thompson, Inc. *v.* United States, protests 216653–K, etc. (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of figures similar in all material respects to those passed upon in Abstract 57915, the merchandise was held dutiable as follows: (1) As to the items entered or withdrawn from warehouse for consumption prior to May 28, 1950, at 20 percent under paragraph 1547 (a); and (2) as to the items entered or withdrawn from warehouse for consumption subsequent to May 28, 1950, at 10 percent under said paragraph 1547 (a), as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T. D. 52373), supplemented by Presidential proclamation (T. D. 52476).